ACCEPTED
01-15-00149-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 12:38:05 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00149-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 12:38:05 PM
CHRISTOPHER A. PRINE
Clerk

### No. 1974171
In the County Criminal Court at Law No. 4
Of Harris County, Texas

——————◆——————

### JAMES GUZMAN
*Appellant*
V.
### THE STATE OF TEXAS
*Appellee*

——————◆——————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

——————◆——————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged appellant by information with assault, enhanced with a prior conviction for felony assault-family member. (C.R. at 7) Appellant pled guilty pursuant to a plea bargain agreement reached between himself and the State. (C.R. at 10-11) Appellant was sentenced to 120 days in the Harris County Jail with credit for eight days served. (C.R. at 16) Appellant timely filed notice of appeal, however the trial

court did not certify his right to appeal.  (C.R. at 19; *see* C.R. at 23)  The State's brief was due on April 17, 2015.  The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a.  The undersigned attorney was not assigned this brief until
    <u>April 10, 2015</u>.

b.  Appellant's appeal in this case is joined by appeals in two additional cases: Nos. 01-15-00150-CR and 01-15-00151-CR. These briefs were not assigned to the undersigned attorney until April 10, 2015.

c.  The undersigned attorney was involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

    (1)  Gary Martins v. State of Texas
         No. 14-14-00688-CR
         Brief Due: May 4, 2015
         Brief Submitted: April 17, 2015
    (2)  Manuel Nava v. State of Texas
         No. 01-14-00628-CR
         Brief Due: May 6, 2015
    (3)  Sammie Davis v. State of Texas
         No. 14-14-00778-CR
         Brief Due: May 6, 2015
    (4)  Mark Mahlow v. State of Texas
         No. 01-14-00753-CR
         Brief Due: May 11, 2015

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and

file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by mail to:

James E. Guzman, pro se
TDC# 01023457; SPN 01125709
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, TX 77342-0099

/s/  *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  April 17, 2015